IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSA MARTINEZ and JIMMY HOWARD, on behalf of themselves and all others similarly situated,<br><br>      Plaintiffs,<br><br>   v.<br><br>MICHAEL J. ASTRUE, Commissioner of Social Security, in his official capacity,<br><br>      Defendant.<br>_____/ | No. C 08-4735 CW<br><br>ORDER DENYING PLAINTIFF'S REQUEST FOR IMMEDIATE <u>EX PARTE</u> RELIEF AND SETTING BRIEFING SCHEDULE ON PLAINTIFF'S MOTION FOR A TEMPORARY RESTRAINING ORDER |

   Plaintiff Rosa Martinez moves <u>ex parte</u> for a temporary restraining order directing Defendant Michael J. Astrue to reinstate her Supplemental Security Income benefits for October, 2008 and each month thereafter.

   A temporary restraining order may be issued without providing the opposing party an opportunity to be heard only if "specific facts in an affidavit or a verified complaint clearly show that immediate and irreparable injury, loss, or damage will result to the movant before the adverse party can be heard in opposition." Fed. R. Civ. P. 65(b)(1)(A).  Plaintiff has not made a sufficient showing of immediate and irreparable harm to justify granting the

relief she seeks without first offering Defendant an opportunity to be heard.  The effective date of the termination of her benefits was more than two weeks ago, and she has not shown that she will suffer a financial crisis if Defendant is given a modicum of time to submit an opposition to her motion.

    Plaintiff's request for immediate <u>ex parte</u> relief is therefore DENIED.  Defendant shall file a response to Plaintiff's motion for a temporary restraining order by 12:00 p.m. on October 21, 2008.  Plaintiff may, if she wishes, file a reply by 12:00 p.m. on October 22, 2008.  The Court will take the matter under submission on the papers and schedule a hearing on Plaintiff's motion for a preliminary injunction as appropriate.

    IT IS SO ORDERED.

Dated: 10/17/08

CLAUDIA WILKEN
United States District Judge