1  DAVID H. FRY (SBN 189276)
   David.Fry@mto.com
2  MUNGER, TOLLES & OLSON LLP
   560 Mission Street
3  Twenty-Seventh Floor
   San Francisco, CA  94105-2907
4  Telephone:     (415) 512-4000
   Facsimile:     (415) 512-4077
5
   GERALD A. McINTYRE (SBN 181746)
6  gmcintyre@nsclc.org
   NATIONAL SENIOR CITIZENS LAW CENTER
7  3435 Wilshire Blvd., Suite 2860
   Los Angeles, CA 90010-1938
8  Tel.: (213) 674-2900
   Fax: (213) 639-0934
9
   ANNA RICH (SBN 230195)
10 arich@nsclc.org
   KEVIN PRINDIVILLE (SBN 235835)
11 kprindiville@nsclc.org
   NATIONAL SENIOR CITIZENS LAW CENTER
12 1330 Broadway, Suite 525
   Oakland, CA 94612
13 Tel.: (510) 663-1055
   Fax: (510) 663-1051
14
   Attorneys for Plaintiffs,
15 ROSA MARTINEZ, JIMMY HOWARD, and all others
   similarly situated

16

17                    UNITED STATES DISTRICT COURT

18                    NORTHERN DISTRICT OF CALIFORNIA

19                         SAN FRANCISCO DIVISION

20

21

22 | ROSA MARTINEZ and JIMMY HOWARD, on behalf of themselves and all others similarly situated, | CASE NO.  08-CV-4735 CW |
|---|---|
|   | **STIPULATION AND ORDER GRANTING PLAINTIFFS' REQUEST FOR ADMINISTRATIVE RELIEF (LOCAL RULE 7-11)  AS MODIFIED** |
| Plaintiffs, |   |
| vs. |   |
| MICHAEL J. ASTRUE, Commissioner of Social Security, in his official capacity, |   |
| Defendant. |   |

1         WHEREAS, Plaintiffs filed their Class Action Complaint, together with Exhibits
2 A-C thereto, on October 15, 2008;

3         WHEREAS, Exhibits A-C to the Class Action Complaint disclosed the unredacted
4 Social Security Number, address, and telephone number of Plaintiff Rosa Martinez;

5         WHEREAS, Plaintiffs filed the Declaration of Rosa Martinez In Support Of Ex
6 Parte Application for a Temporary Restraining Order, together with Exhibits A-C thereto, on
7 October 17, 2008;

8         WHEREAS, Exhibits A-C to the Declaration of Rosa Martinez In Support Of Ex
9 Parte Application for a Temporary Restraining Order disclosed the unredacted Social Security
10 Number, address, and telephone number of Plaintiff Rosa Martinez;

11         WHEREAS, Plaintiffs and Defendant agree that the Social Security Number,
12 address, and telephone number of Rosa Martinez constitute private information that should not be
13 disclosed in publicly available pleadings of the above-captioned case, *see* Fed. R. Civ. P. 5.2(a);

14         WHEREAS, Plaintiffs respectfully request administrative relief, pursuant to Local
15 Rule 7-11, that Exhibits A-C to the Class Action Complaint and Exhibits A-C to the Declaration
16 of Rosa Martinez In Support Of Ex Parte Application for a Temporary Restraining Order be
17 removed from the docket of the above-captioned case; and appropriately redacted versions of the
18 exhibits refiled;

19         THEREFORE, IT IS HEREBY STIPULATED that the Class Action Complaint,
20 together with Exhibits A-C thereto, all of which were originally filed on October 15, 2008
21 (Document No. 1), shall be removed from the docket of the above-captioned case; and

22         IT IS FURTHER HEREBY STIPULATED that the Declaration of Rosa Martinez
23 In Support Of Ex Parte Application for a Temporary Restraining Order, together with Exhibits A-
24 C thereto, all of which were originally filed on October 17, 2008 (Document No. 12), shall be
25 removed from the docket of the above-captioned case;

26         IT IS FURTHER HEREBY STIPULATED that the Class Action Complaint,
27 together with redacted versions of Exhibits A-C thereto, shall be refiled in the docket of the
28 above-captioned case;

IT IS FURTHER HEREBY STIPULATED that the Declaration of Rosa Martinez In Support Of Ex Parte Application for a Temporary Restraining Order, together with redacted versions of Exhibits A-C thereto, shall be refiled in the docket of the above-captioned case;

IT IS FURTHER HEREBY STIPULATED that the Class Action Complaint and redacted exhibits to be refiled therewith are attached as Exhibit 1 to the Declaration of David H. Fry In Support Of Plaintiffs' Request For Administrative Relief.  IT IS FURTHER HEREBY STIPULATED that the Declaration of Rosa Martinez In Support Of Ex Parte Application for a Temporary Restraining Order and redacted exhibits to be refiled therewith are attached as Exhibit 2 to the Declaration of David H. Fry In Support Of Plaintiffs' Request For Administrative Relief.

IT IS FURTHER HEREBY STIPULATED that neither party shall waive any position or argument with respect to any issue in this case by virtue of this stipulation.

IT IS SO STIPULATED.

DATED:  December 12, 2008                MUNGER, TOLLES & OLSON LLP
                                            Attorneys for Plaintiffs


                                         By:_____/s/_____
                                                  DAVID H. FRY

DATED:  December 12, 2008                UNITED STATES ATTORNEY
                                            JOSEPH P. RUSSONIELLO
                                            Attorney for Defendant


                                         By:_____/s/_____
                                              VICTORIA R. CARRADERO
                                         ASSISTANT UNITED STATES ATTORNEY

# ORDER GRANTING PLAINTIFF'S REQUEST FOR ADMINISTRATIVE RELIEF TO REMOVE AND REFILE THE CLASS ACTION COMPLAINT AND DECLARATION OF ROSA MARTINEZ

The Court, having considered the parties' Stipulation and arguments submitted in support of Plaintiff's Request for Administrative Relief, and good cause appearing, hereby ORDERS as follows:

Plaintiff's Request for Administrative Relief is GRANTED. The Clerk of the Court is hereby ORDERED to remove the Class Action Complaint, together with Exhibits A-C thereto, all of which were originally filed on October 15, 2008 (Document No. 1), from the docket of the above-captioned case;

The Clerk of the Court is further ORDERED to remove the Declaration of Rosa Martinez In Support Of Ex Parte Application for a Temporary Restraining Order, together with Exhibits A-C thereto, all of which were originally filed on October 17, 2008 (Document No. 12), from the docket of the above-captioned case;

**Plaintiffs shall** refile the Class Action Complaint and redacted versions of Exhibits A-C thereto, which are together attached as Exhibit 1 to the Declaration of David H. Fry In Support Of Plaintiffs' Request For Administrative Relief; and

**Plaintiffs shall refile** the Declaration of Rosa Martinez In Support Of Ex Parte Application for a Temporary Restraining Order and redacted versions of Exhibits A-C thereto, which are together attached as Exhibit 2 to the Declaration of David H. Fry In Support Of Plaintiffs' Request For Administrative Relief.

**IT IS SO ORDERED.**

12/12/08

Dated: _____

_____
THE HONORABLE CLAUDIA WILKEN
United States District Judge

6419895.2               - 1 -              [PROPOSED] ORDER RE PLAINTIFFS' MOTION FOR ADMINISTRATIVE RELIEF; CASE NO. 08-CV-4735 CW