1  JOSEPH P. RUSSONIELLO (CSBN 44332)
   United States Attorney
2  JOANN M. SWANSON (CSBN 88143)
   Chief, Civil Division
3  VICTORIA R. CARRADERO CSBN (217885)
   Assistant United States Attorney
4  450 Golden Gate Avenue, 9th Floor
   San Francisco, California 94102-3495
5  Telephone:    (415) 436-7181
   Facsimile:    (415) 436-6748
6  Email:        victoria.carradero@us.doj.gov
         Attorneys for Defendant
7
   DAVID H. FRY (SBN 189276)
8  MUNGER, TOLLES & OLSON LLP
   560 Mission Street, 27th Floor
9  San Francisco, CA 94105-2907
   Telephone: 415-512-4000
10 Facsimile: 415-512-4077
   Email:  David.Fry@mto.com
11       Attorneys for Plaintiffs

12 ANNA RICH (SBN 230195)
   KEVIN PRINDIVILLE (SBN 235835)
13 NATIONAL SENIOR CITIZENS LAW CENTER
   1330 Broadway, Suite 525
14 Oakland, CA 94612
   Telephone: 510-663-1055
15 Facsimile: 510-663-1051
   Email: arich@nclc.org
16 Email: kprindiville@nclc.org
         Attorneys for Plaintiff
17
   GERALD A. McINTYRE (SBN 181746)
18 NATIONAL SENIOR CITIZENS LAW CENTER
   3435 Wilshire Blvd., Suite 2860
19 Los Angeles, CA 90010-1938
   Telephone: 213-674-2900
20 Facsimile: 213-639-0934
   Email: gmcintyre@nsclc.org
21       Attorneys for Plaintiff

22 WILLIAM G. LIENHARD
   EMILIA SICILIA
23 JENNIFER PARISH
   URBAN JUSTICE CENTER
24 123 William Street, 16th Fl.
   New York, NY 10038
25 Telephone: 646-602-5668
   Facsimile: 212-533-4598
26 Email: wlienhard@urbanjustice.org
   Email: Esicilia@urbanjustice.org
27 Email: Jparish@urbanjustice.org
         Attorneys for Plaintiff
28

STIPULATION AND ORDER GRANTING EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' FIRST AMENDED COMPLAINT
Case No. C 08-4735- CW                         1

Of Counsel Cont'd

MARILYN HOLLE (SBN 61530)
DISABILITY RIGHTS CALIFORNIA
3580 Wilshire Blvd., Suite 902
Los Angeles, CA 90010-2522
Telephone: 213-427-8747
Facsimile: 213-427-8767
Email: marilyn.holle@disabilityrightsca.org
    Attorney for Plaintiff

CHRISTOPHER DOUGLAS (SBN 239556)
M. STACY HAWVER (SBN 146012)
LEGAL AID SOCIETY OF SAN MATEO
521 East 5th Ave.,
San Mateo, CA 94402
Telephone: 650-558-0915
Facsimile: 650-558-0673
Email: cdouglas@legalaidsmc.org
Email: Mshawver@legalaidsmc.org
    Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ROSA MARTINEZ, JIMMY HOWARD, ROBERTA DOBBS, BRENT A. RODERICK, SHARON D. ROZIER, and JOSEPH SUTRYNOWICZ, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>MICHAEL J. ASTRUE, Commissioner of Social Security<br><br>Defendant. | Case No.  C 08-4735- CW<br><br>**STIPULATION AND ORDER GRANTING EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' FIRST AMENDED COMPLAINT** |

Plaintiffs Rosa Martinez, Jimmy Howard, Roberta Dobbs, Brent A. Roderick, Sharon D. Rozier and Joseph Sutrynowicz (collectively "Plaintiffs"), and Defendant Michael J. Astrue, Commissioner, Social Security Administration ("Defendant"), by and through their undersigned counsel, hereby stipulate as follows:

1  WHEREAS, on December 12, 2008, Plaintiffs Rosa Martinez and Jimmy Howard filed a First Amended Complaint, to which Roberta Dobbs, Brent A. Roderick, Sharon D. Rozier and Joseph Sutrynowicz were added as named Plaintiffs;

WHEREAS, Defendant's response to the Complaint is due during the holidays, a substantial portion of which Defendant's counsel is scheduled to be out of the office;

WHEREAS, Defendant requested a brief extension of time until January 12, 2009 to file a response to the First Amended Complaint, to which Plaintiffs agreed;

ACCORDINGLY, the parties agree that the due date for Defendant to file a response to the First Amended Complaint is extended to January 12, 2009 and request that the Court order the same.

**IT IS SO STIPULATED**

DATED: December 16, 2008                     DAVID H. FRY
                                             MUNGER, TOLLES & OLSON LLP


                                             ___/s/_____
                                             Attorneys for Plaintiffs


DATED: December 16, 2008                     JOSEPH RUSSONIELLO
                                             United States Attorney


                                             ___/s/_____
                                             Victoria R. Carradero
                                             Assistant United States Attorney
                                             Attorneys for Defendant

**PURSUANT TO STIPULATION IT IS SO ORDERED.**


DATED: December 18, 2008
                                             _____
                                             The Honorable Claudia Wilken
                                             United States District Court Judge

STIPULATION AND ORDER GRANTING EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' FIRST AMENDED COMPLAINT
Case No. C 08-4735- CW                3