JOSEPH P. RUSSONIELLO (SBN 44332)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
VICTORIA R. CARRADERO (SBN 217885)
Assistant United States Attorney
ANDREW Y.S. CHENG (CSBN 164613)
Assistant United States Attorney
MICHAEL T. PYLE (CSBN 172954)
Assistant United States Attorney

450 Golden Gate Avenue, 9th Floor
San Francisco, California 94102-3495
Telephone:   (415) 436-6813
Facsimile:    (415) 436-6748
Email:           andrew.cheng@usdoj.gov

Attorneys for Federal Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ROSA MARTINEZ and JIMMY HOWARD, on behalf of themselves and all others similarly situated,<br><br>　　　　　　　Plaintiffs,<br><br>　　v.<br><br>MICHAEL J. ASTRUE, Commissioner of Social Security, in his official capacity;<br><br>　　　　　　　Defendant. | Case No. C08-4735 CW<br>**E-FILING CASE**<br><br>**ADMINISTRATIVE MOTION AND ORDER TO CONTINUE HEARING AND BRIEFING DATES BY ONE WEEK** |

On January 21, 2009, this Court denied defendant's motion for a continuance of the hearing date for the three pending motions – preliminary injunction, summary judgment, class certification. On January 22, 2009, the Federal Defendant associated in additional counsel.

Plaintiff's counsel does not oppose moving all dates by one week. Allowing one additional week will enable the parties to explore whether ADR would be fruitful.

The Federal Defendant respectfully requests the Court to continue the hearing date to February 26, 2009 and to move the due dates for all other filings by one week.

///

1  The Federal Defendant's briefs would be filed on February 5, 2009.  The plaintiff's briefs would
2  be filed on February 12, 2009.

3                                          Respectfully submitted,

4                                          JOSEPH P. RUSSONIELLO
                                        United States Attorney

5

6  Dated: January 23, 2009

7                                         _____/s/_____
                                        ANDREW Y.S. CHENG
8                                          Assistant United States Attorney

9

10       The Court, having considered the Federal Defendant's motion, orders that the hearing be
11  continued by one week to February 26, 2009, at 2:00 p.m.  Defendant's brief is due on February
12  5, 2009.  Plaintiff's brief is due on February 12, 2009.
13       All other requirements from this Court's Order of January 21, 2009 will remain the same.
14       IT IS SO ORDERED.

15

16  DATED: 1/23/09                                                                                          _(signature)_
17                                                                         CLAUDIA WILKEN
                                                                         United States District Judge
18

19

20

21

22

23

24

25

26

27

28

ADMINISTRATIVE MOTION TO CONTINUE DATES,
C08-4735 CW                                      2