1  DAVID H. FRY (SBN 189276)
   David.Fry@mto.com
2  MARK R. CONRAD (SBN 255667)
   Mark.Conrad@mto.com
3  JEREMY S. KROGER (SBN 258956)
   Jeremy.Kroger@mto.com
4  MUNGER, TOLLES & OLSON LLP
   560 Mission Street, 27th Floor
5  Twenty-Seventh Floor
   San Francisco, CA  94105-2907
6  T: (415) 512-4000 / F: (415) 512-4077

7  GERALD A. McINTYRE (SBN 181746)
   gmcintyre@nsclc.org
8  NATIONAL SENIOR CITIZENS LAW CENTER
   3435 Wilshire Blvd., Suite 2860
9  Los Angeles, CA  90010-1938
   T: (213) 674-2900 / F: (213) 639-0934
10
   ANNA RICH (SBN 230195)
11 arich@nsclc.org
   KEVIN PRINDIVILLE (SBN 235835)
12 kprindiville@nsclc.org
   NATIONAL SENIOR CITIZENS LAW CENTER
13 1330 Broadway, Suite 525
   Oakland, CA  94612
14 T: (510) 663-1055 / F: (510) 663-1051

15 Attorneys for Plaintiffs

16 ADDITIONAL COUNSEL LISTED ON NEXT PAGE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ROSA MARTINEZ, JIMMY HOWARD, ROBERTA DOBBS, BRENT RODERICK, SHARON ROZIER, and JOSEPH SUTRYNOWICZ, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>MICHAEL J. ASTRUE, Commissioner of Social Security, in his official capacity,<br><br>Defendant. | CASE NO.  08-CV-4735 CW<br><br>**STIPULATION AND [PROPOSED] ORDER GRANTING PARTIES' JOINT REQUEST FOR ADMINISTRATIVE RELIEF TO POSTPONE CASE MANAGEMENT CONFERENCE UNTIL FEBRUARY 26, 2009 (LOCAL RULE 7-11)** |

| | |
|---|---|
| 1 | WILLIAM G. LIENHARD |
| | wlienhard@urbanjustice.org |
| 2 | EMILIA SICILIA |
| | esicilia@urbanjustice.org |
| 3 | JENNIFER PARISH |
| | jparish@urbanjustice.org |
| 4 | URBAN JUSTICE CENTER |
| | 123 William Street, 16th Fl. |
| 5 | New York, NY  10038 |
| | T: (646) 602-5668 / F: (212) 533-4598 |
| 6 | |
| | CHRISTOPHER A. DOUGLAS (SBN 239556) |
| 7 | cdouglas@legalaidsmc.org |
| | M. STACEY HAWVER (SBN 146012) |
| 8 | mshawver@legalaidsmc.org |
| | LEGAL AID SOCIETY OF SAN MATEO COUNTY |
| 9 | 521 East 5th Avenue |
| | San Mateo, CA  94402 |
| 10 | T: (650) 558-0915 / F: (650) 558-0673 |
| 11 | MARILYN HOLLE (SBN 61530) |
| | marilyn.holle@disabilityrightsca.org |
| 12 | DISABILITY RIGHTS CALIFORNIA |
| | 3580 Wilshire Blvd. Suite 902 |
| 13 | Los Angeles, CA  90010-2522 |
| | T:  (213) 427-8747 / F: (213) 427-8767 |
| 14 | |
| 15 | Of Counsel for Plaintiffs ROSA MARTINEZ, |
| | JIMMY HOWARD, ROBERTA DOBBS, BRENT |
| 16 | RODERICK, SHARON ROZIER, JOSEPH |
| | SUTRYNOWICZ, and all others similarly situated |

7044065.1

STIPULATION AND [PROPOSED] ORDER TO CONTINUE
CASE MANAGEMENT CONFERENCE
CASE NO. 08-CV-4735 CW

1    WHEREAS, on December 30, 2008, Defendant filed a Motion for Administrative
2  Relief to Continue the Case Management Conference;
3    WHEREAS, on January 6, 2009, the Court granted Defendant's Motion for
4  Administrative Relief to Continue the Case Management Conference and continued the case
5  management conference scheduled for January 20, 2009 until February 19, 2009;
6    WHEREAS, on January 12, 2009, Plaintiffs filed two different motions to dismiss
7  (Motion To Dismiss First Amended Complaint as to Rosa Martinez, Jimmy Howard, Roberta
8  Dobbs, Sharon D. Rozier, and Joseph Sutrynowicz; and Motion to Dismiss First Amended
9  Complaint as to Brent A. Roderick) and Plaintiffs filed two different motions (Motion for
10 Preliminary Injunction; and Motion for Class Certification), all of which were initially scheduled
11 to be heard on February 19, 2009;
12    WHEREAS, on January 15, 2009, Plaintiffs filed a Motion for Summary
13 Adjudication of the Legality of Defendant's Policy Regarding "Fleeing" Beneficiaries, which was
14 initially scheduled to be heard on February 19, 2009;
15    WHEREAS, on January 13, 2009, Defendant filed a Motion To Change Time on
16 Briefing and Hearing Schedules;
17    WHEREAS, on January 21, 2009, the Court issued an Order Denying Defendant's
18 Motion To Continue Hearing, which left in place the hearing date of February 19, 2009, and set
19 forth a briefing schedule for all motions then pending before the Court;
20    WHEREAS, on January 23, 2009, Defendant filed an Administrative Motion To
21 Continue Hearing and Briefing Dates by One Week; Plaintiff filed a Statement of Non-
22 Opposition to that motion; and the Court issued an Order continuing the hearing on all motions
23 then pending before the Court from February 19, 2009, until February 26, 2009;
24    WHEREAS, neither the Administrative Motion filed by Defendant, nor the
25 Statement of Non-Opposition filed by Plaintiff, nor the Order issued by the Court indicated that
26 the Case Management Conference scheduled for February 19, 2009, should also be postponed;
27    WHEREAS, Plaintiffs and Defendant agree that it would efficient for the Court
28 and the parties to conduct the Case Management Conference following a hearing on the motions

7044065.1 - 1 -  STIPULATION AND [PROPOSED] ORDER TO CONTINUE
CASE MANAGEMENT CONFERENCE
CASE NO. 08-CV-4735 CW

1  now pending before the Court on February 26, 2009, rather than a week before argument on such

2  motions;

3          THEREFORE, IT IS HEREBY STIPULATED that the Case Management

4  Conference shall be postponed from February 19, 2009, at 2:00 p.m. until immediately after the

5  hearing on Defendant's and Plaintiffs' motions, which is scheduled for February 26, 2009, at 2:00

6  p.m.

7          IT IS SO STIPULATED.

8

9  DATED: February 2, 2009         MUNGER, TOLLES & OLSON LLP
                                          Attorneys for Plaintiffs

10

11                                          By:       */s/ Mark R. Conrad*

12                                                      MARK R. CONRAD

13  DATED: February 2, 2009         UNITED STATES ATTORNEY
                                          JOSEPH P. RUSSONIELLO

14                                            Attorney for Defendant

15

16                                          By:       */s/ Victoria R. Carradero*

17                                                     VICTORIA R. CARRADERO
                                          ASSISTANT UNITED STATES ATTORNEY

18

19

20  **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

21

22

23  Dated: February __3__, 2009         _____
                                          THE HONORABLE CLAUDIA WILKEN

24                                            United States District Judge

25

26

27

28