1  JOSEPH P. RUSSONIELLO (SBN 44332)
   United States Attorney
2  JOANN M. SWANSON (CSBN 88143)
   Chief, Civil Division
3  VICTORIA R. CARRADERO (SBN 217885)
   Assistant United States Attorney
4  ANDREW Y.S. CHENG (CSBN 164613)
   Assistant United States Attorney
5  MICHAEL T. PYLE (CSBN 172954)
   Assistant United States Attorney
6

7     450 Golden Gate Avenue, 9th Floor
      San Francisco, California 94102-3495
8     Telephone:   (415) 436-6813
      Facsimile:   (415) 436-6748
9     Email:       andrew.cheng@usdoj.gov

10 Attorneys for Federal Defendant

11                    UNITED STATES DISTRICT COURT

12                   NORTHERN DISTRICT OF CALIFORNIA

13                          OAKLAND DIVISION

14 ROSA MARTINEZ and JIMMY              )  Case No. C08-4735 CW
   HOWARD, on behalf of themselves and all )  **E-FILING CASE**
15 others similarly situated,            )
                                         )  **STIPULATION AND ORDER TO**
16                      Plaintiffs,      )  **CONTINUE DATES**
                                         )  **AS MODIFIED**
17                v.                     )
                                         )
18 MICHAEL J. ASTRUE, Commissioner of    )
   Social Security, in his official capacity; )
19                                       )
                        Defendant.       )
20 _____  )

21     Subject to the approval of the court, it is hereby stipulated by and between the parties

22 hereto through their respective attorneys of record that the hearing date in this case be extended

23 from February 26, 2009 to March 12, 2009. Plaintiff's briefs will be filed on February 17, 2009.

24 Any additional briefing by defendant will be filed no later than February 27, 2009.

25     The parties have stipulated to a mandatory settlement conference with Judge Edward

26 Chen, who is available on March 6, 2009. With the Court's permission, the parties would like to

27 attempt to settle the case prior to the hearing.

28

RESPECTFULLY SUBMITTED,

JOSEPH P. RUSSONIELLO

United States Attorney

Dated: February 11, 2009            \_\_\_\_\_/s/_____
                                    ANDREW Y.S. CHENG
                                    Assistant United States Attorney


Dated: February 11, 2009            \_\_\_\_\_/s/_____
                                    DAVID FRY
                                    Attorney for Plaintiff


      The Court, having considered the stipulation of the parties, orders that the hearing be continued to March 12, 2009, at 2:00 p.m. Plaintiff's reply briefing will be due on February 17, 2009. Any additional briefing, if any, filed by the Federal Defendant will be due on February 27, 2009.

      All other requirements from this Court's Order of January 21, 2009 will remain the same. **The parties shall immediately notify the Court after the March 6, 2009 settlement conference whether the case has settled by filing a notice that same day**.

      IT IS SO ORDERED.


DATED: 2/18/09                      *[signature: Claudia Wilken]*
                                    _____
                                    CLAUDIA WILKEN
                                    United States District Judge

STIPULATION AND ORDER TO CONTINUE HEARING DATES,
C08-4735 CW                                2