JOSEPH P. RUSSONIELLO (SBN 44332)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
VICTORIA R. CARRADERO (SBN 217885)
Assistant United States Attorney
ANDREW Y.S. CHENG (CSBN 164613)
Assistant United States Attorney
MICHAEL T. PYLE (CSBN 172954)
Assistant United States Attorney

450 Golden Gate Avenue, 9th Floor
San Francisco, California 94102-3495
Telephone:  (415) 436-6813
Facsimile:  (415) 436-6748
Email:      andrew.cheng@usdoj.gov

Attorneys for Federal Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ROSA MARTINEZ and JIMMY HOWARD, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>MICHAEL J. ASTRUE, Commissioner of Social Security, in his official capacity;<br><br>Defendant. | Case No. C08-4735 CW<br>**E-FILING CASE**<br><br>**STIPULATION AND ORDER TO CONTINUE DATES** |

The parties have reached a settlement as to all terms except for attorney's fees. The parties request the Court to continue the hearing as to all motions and the case management conference to April 2, 2009. It is anticipated that prior to that date, the parties will contact Magistrate Judge Edward Chen to put the terms of the settlement on the record no later than March 24, 2009.

RESPECTFULLY SUBMITTED,
JOSEPH P. RUSSONIELLO
United States Attorney

Dated: March 12, 2009       _____/s/_____
                            ANDREW Y.S. CHENG
                            Assistant United States Attorney

1
2
3  Dated: March 12, 2009                           _____/s/_____
4                                                  DAVID FRY
                                                   Attorney for Plaintiff
5
6
7       The Court, having considered the stipulation of the parties, orders that the hearing on all
8  motions and the case management conference be continued to April 2, 2009, at 2:00 p.m.
9
10      IT IS SO ORDERED.
11
                                                 *Claudia Wilken* (signature)
12  DATED:  3/13/09
13                                               _____
                                                 CLAUDIA WILKEN
14                                               United States District Judge
15
16
17
...
28

STIPULATION AND ORDER TO CONTINUE HEARING DATES,
C08-4735 CW                                      2