1  DAVID H. FRY (SBN 189276)
   David.Fry@mto.com
2  MARK R. CONRAD (SBN 255667)
   Mark.Conrad@mto.com
3  JEREMY S. KROGER (SBN 258956)
   Jeremy.Kroger@mto.com
4  MUNGER, TOLLES & OLSON LLP
   560 Mission Street, 27th Floor
5  San Francisco, CA  94105-2907
   T: (415) 512-4000 / F: (415) 512-4077
6
   GERALD A. McINTYRE (SBN 181746)
7  gmcintyre@nsclc.org
   NATIONAL SENIOR CITIZENS LAW CENTER
8  3435 Wilshire Blvd., Suite 2860
   Los Angeles, CA  90010-1938
9  T: (213) 674-2900 / F: (213) 639-0934

10 ANNA RICH (SBN 230195)
   arich@nsclc.org
11 KEVIN PRINDIVILLE (SBN 235835)
   kprindiville@nsclc.org
12 NATIONAL SENIOR CITIZENS LAW CENTER
   1330 Broadway, Suite 525
13 Oakland, CA  94612
   T: (510) 663-1055 / F: (510) 663-1051
14
   Attorneys for Plaintiffs
15 ADDITIONAL COUNSEL LISTED ON NEXT PAGE

16

17                 UNITED STATES DISTRICT COURT

18                 NORTHERN DISTRICT OF CALIFORNIA

19                          OAKLAND DIVISION

20 | ROSA MARTINEZ, JIMMY HOWARD, ROBERTA DOBBS, BRENT RODERICK, SHARON ROZIER, and JOSEPH SUTRYNOWICZ, on behalf of themselves and all others similarly situated, | CASE NO.  08-CV-4735 CW |
|---|---|
| Plaintiffs, | **STIPULATION AND ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE UNTIL JULY 7, 2009** |
| vs. | **The Honorable Claudia Wilken** |
| MICHAEL J. ASTRUE, Commissioner of Social Security, in his official capacity, | |
| Defendant. | |

8065799.1                                          MOTION TO CONTINUE CASE MANAGEMENT
                                                                           CONFERENCE

1  EMILIA SICILIA
   esicilia@urbanjustice.org
2  JENNIFER PARISH
   jparish@urbanjustice.org
3  URBAN JUSTICE CENTER
   123 William Street, 16th Fl.
4  New York, NY  10038
   T: (646) 602-5668 / F: (212) 533-4598
5
   CHRISTOPHER A. DOUGLAS (SBN 239556)
6  cdouglas@legalaidsmc.org
   M. STACEY HAWVER (SBN 146012)
7  mshawver@legalaidsmc.org
   LEGAL AID SOCIETY OF SAN MATEO COUNTY
8  521 East 5th Avenue
   San Mateo, CA  94402
9  T: (650) 558-0915 / F: (650) 558-0673

10 MARILYN HOLLE (SBN 61530)
   marilyn.holle@disabilityrightsca.org
11 DISABILITY RIGHTS CALIFORNIA
   3580 Wilshire Blvd. Suite 902
12 Los Angeles, CA  90010-2522
   T:  (213) 427-8747 / F: (213) 427-8767
13
           Of Counsel for Plaintiffs ROSA MARTINEZ, JIMMY
14         HOWARD, ROBERTA DOBBS, BRENT RODERICK,
           SHARON ROZIER, JOSEPH SUTRYNOWICZ, and all
15         others similarly situated

16

17

18

19

20

21

22

23

24

25

26

27

28

## STIPULATION AND ORDER

TO THE COURT, ALL PARTIES AND COUNSEL OF RECORD:

WHEREAS, on January 6, 2009, the Court granted Defendant's Motion for Administrative Relief to Continue the Case Management Conference and continued the Case Management Conference originally scheduled for January 20, 2009 until February 19, 2009;

WHEREAS, on January 23, 2009, Defendant filed an Administrative Motion To Continue Hearing and Briefing Dates by One Week; Plaintiff filed a Statement of Non-Opposition to that motion; and the Court issued an Order continuing the hearing on all motions then pending before the Court from February 19, 2009, until February 26, 2009;

WHEREAS, on February 3, 2009, the Court issued an Order pursuant to the parties' stipulation also continuing the Case Management Conference until February 26, 2009;

WHEREAS, on February 18, 2009, the Court issued an Order pursuant to the parties' stipulation continuing a hearing to March 12, 2009, to allow the parties to attempt to settle the case prior to hearing;

WHEREAS, on March 13, 2009, the Court issued an Order pursuant to the parties' stipulation and notice of settlement continuing hearing on all motions and the Case Management Conference to April 2, 2009;

WHEREAS, on March 30, 2009, Magistrate Judge Chen filed a notice that the case had settled and on March 31, 2009, Plaintiffs and Defendants each filed notices withdrawing their pending motions noting that they had reached agreement on the principal terms of a settlement;

WHEREAS, on March 31, 2009, the Court issued an Order continuing the Case Management Conference until June 23, 2009;

WHEREAS, the parties have exchanged drafts of a settlement agreement and continue actively to negotiate the details of the settlement agreement, including a schedule and process for the implementation of key terms of the agreement;

WHEREAS, a continuance of the of two weeks will allow the parties necessary time to review new drafts of the settlement agreement and the plan for its implementation;

NOW, THEREFORE, IT IS HEREBY STIPULATED that the Case Management Conference shall be continued for two weeks, from June 23, 2009, until July 7, 2009, at 2:00 p.m.

IT IS FURTHER HEREBY STIPULATED that the parties shall file a Case Management Statement, in accord with N.D. Civil Local Rule 16-9, not later than Tuesday, June 30, 2009.

IT IS SO STIPULATED.

        RESPECTFULLY SUBMITTED,
        JOSEPH P. RUSSONIELLO
        United States Attorney

DATED: June 17, 2009

        VICTORIA R. CARRADERO
        Assistant United States Attorney

DATED: June 17, 2009

        DAVID FRY
        Attorney for Plaintiff

The Court, having considered the stipulation of the parties, orders that the hearing be continued to July 7, 2009, at 2:00 p.m., and that the parties shall file a case management statement, in accord with N.D. Civil Local Rule 16-9, not later than Tuesday, June 30, 2009.

IT IS SO ORDERED.

DATED: 6/19/09

        */s/ Claudia Wilken*
        CLAUDIA WILKEN
        United States District Judge