1  DAVID H. FRY (SBN 189276)
   David.Fry@mto.com
2  MARK R. CONRAD (SBN 255667)
   Mark.Conrad@mto.com
3  JEREMY S. KROGER (SBN 258956)
   Jeremy.Kroger@mto.com
4  MUNGER, TOLLES & OLSON LLP
   560 Mission Street, 27th Floor
5  Twenty-Seventh Floor
   San Francisco, CA  94105-2907
6  T: (415) 512-4000 / F: (415) 512-4077

7  GERALD A. McINTYRE (SBN 181746)
   gmcintyre@nsclc.org
8  NATIONAL SENIOR CITIZENS LAW CENTER
   3435 Wilshire Blvd., Suite 2860
9  Los Angeles, CA  90010-1938
   T: (213) 674-2900 / F: (213) 639-0934
10
   ANNA RICH (SBN 230195)
11 arich@nsclc.org
   KEVIN PRINDIVILLE (SBN 235835)
12 kprindiville@nsclc.org
   NATIONAL SENIOR CITIZENS LAW CENTER
13 1330 Broadway, Suite 525
   Oakland, CA  94612
14 T: (510) 663-1055 / F: (510) 663-1051

15 Attorneys for Plaintiffs

16 ADDITIONAL COUNSEL LISTED ON NEXT PAGE

17                    UNITED STATES DISTRICT COURT

18                   NORTHERN DISTRICT OF CALIFORNIA

19                           OAKLAND DIVISION

20

| | |
|---|---|
| 21  ROSA MARTINEZ, JIMMY HOWARD, ROBERTA DOBBS, BRENT RODERICK, SHARON ROZIER, and JOSEPH SUTRYNOWICZ, on behalf of themselves and all others similarly situated, | CASE NO.  08-CV-4735 CW |
| 24  Plaintiffs, | **STIPULATION AND [PROPOSED] ORDER SETTING ACCELERATED BRIEFING AND HEARING SCHEDULE ON MOTION TO INTERVENE (LOCAL RULE 6-2)** |
| 25  vs. | |
| 26  MICHAEL J. ASTRUE, Commissioner of Social Security, in his official capacity, | |
| 27  Defendant. | |
| 28 | |

| | |
|---|---|
| 1 | EMILIA SICILIA |
|   | esicilia@urbanjustice.org |
| 2 | JENNIFER PARISH |
|   | jparish@urbanjustice.org |
| 3 | URBAN JUSTICE CENTER |
|   | 123 William Street, 16th Fl. |
| 4 | New York, NY  10038 |
|   | T: (646) 602-5668 / F: (212) 533-4598 |
| 5 | |
|   | CHRISTOPHER A. DOUGLAS (SBN 239556) |
| 6 | cdouglas@legalaidsmc.org |
|   | M. STACEY HAWVER (SBN 146012) |
| 7 | mshawver@legalaidsmc.org |
|   | LEGAL AID SOCIETY OF SAN MATEO COUNTY |
| 8 | 521 East 5th Avenue |
|   | San Mateo, CA  94402 |
| 9 | T: (650) 558-0915 / F: (650) 558-0673 |
| 10 | MARILYN HOLLE (SBN 61530) |
|    | marilyn.holle@disabilityrightsca.org |
| 11 | DISABILITY RIGHTS CALIFORNIA |
|    | 3580 Wilshire Blvd. Suite 902 |
| 12 | Los Angeles, CA  90010-2522 |
|    | T:  (213) 427-8747 / F: (213) 427-8767 |
| 13 | |
| 14 | Of Counsel for Plaintiffs ROSA MARTINEZ, |
|    | JIMMY HOWARD, ROBERTA DOBBS, BRENT |
| 15 | RODERICK, SHARON ROZIER, JOSEPH |
|    | SUTRYNOWICZ, and all others similarly situated |

1     WHEREAS, on August 12, 2009, the Court granted preliminary approval of the proposed class action settlement in this case;

3     WHEREAS, the Court ordered that objections to the proposed class action settlement should be filed not later than Thursday, September 10, 2009, and that a fairness hearing for final approval of the settlement should be held on Thursday, September 24, 2009;

6     WHEREAS, on September 10, 2009, Counsel for the County of Santa Clara filed objections to the proposed class action settlement in this case ("Santa Clara Objections"), together with a motion to intervene in this action ("Motion to Intervene");[1]

9     WHEREAS, the County of Santa Clara noticed its Motion to Intervene for a hearing on October 15, 2009;

11     WHEREAS, Plaintiffs, Defendant, and the County of Santa Clara agree that the Motion to Intervene should be considered in connection with the Santa Clara Objections and the Court's evaluation of the proposed class action settlement at the fairness hearing scheduled for Thursday, September 24, 2009;

15     NOW, THEREFORE, IT IS HEREBY STIPULATED that Plaintiffs and Defendant shall file any opposition to the Motion to Intervene not later than Friday, September 18, 2009; that the County of Santa Clara shall file any reply in support of the Motion to Intervene

//
//
//
//
//
//
//

---

[1] The County of Santa Clara has also filed a motion for administrative relief for an extension of time to file amended or additional objections. See Dkt. No. 152. This stipulation does not affect the County's motion for administrative relief, which remains pending before the Court, and to which Plaintiffs and Defendant have responded, see Dkt. Nos. 158 & 160. Nor does it impose a schedule for briefing in response to any objections that the Court may allow the County to file.

not later than Monday, September 21, 2009; and that a hearing on the Motion to Intervene shall be held in connection with the fairness hearing on Thursday, September 24, 2009, at 2:00 p.m.

IT IS SO STIPULATED.

DATED: September 15, 2009

MUNGER, TOLLES & OLSON LLP
Attorneys for Plaintiffs

By: /s/ Mark R. Conrad
MARK R. CONRAD

DATED: September 15, 2009

UNITED STATES ATTORNEY
JOSEPH P. RUSSONIELLO
Attorney for Defendant

By: /s/ Victoria R. Carradero
VICTORIA R. CARRADERO
ASSISTANT UNITED STATES ATTORNEY

DATED: September 15, 2009

OFFICE OF THE COUNTY COUNSEL
MIGUEL MÀRQUEZ
Attorney for County of Santa Clara

By: /s/ Tamara Lange
TAMARA LANGE
LEAD DEPUTY COUNTY COUNSEL

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: September 16, 2009

THE HONORABLE CLAUDIA WILKEN
United States District Judge