| | |
|---|---|
| DAVID H. FRY (SBN 189276) | GERALD A. McINTYRE (SBN 181746) |
| MUNGER, TOLLES & OLSEN LLP | NATIONAL SENIOR CITIZENS LAW CENTER |
| 560 Mission Street, 27th Floor | 3435 Wilshire Blvd., Suite 2860 |
| San Francisco, CA 94105-2907 | Los Angeles, CA 90010-1938 |
| Telephone: 415-512-4000 | Telephone: 213-674-2900 |
| Facsimile: 415-512-4077 | Facsimile: 213-639-0934 |
| Email: David.Fry@mto.com | Email: gmcintyre@nsclc.org |

| | |
|---|---|
| ANNA RICH (SBN 230195) | |
| KEVIN PRINDIVILLE (SBN 235835) | Of Counsel |
| NATIONAL SENIOR CITIZENS LAW CENTER | EMILIA SICILIA |
| 1330 Broadway, Suite 525 | JENNIFER PARISH |
| Oakland, CA 94612 | URBAN JUSTICE CENTER |
| Telephone: 510-663-1055 | 123 William Street, 16th Fl. |
| Facsimile: 510-663-1051 | New York, NY 10038 |
| Email: arich@nclc.org | Telephone: 646-602-5668 |
| kprindiville@nclc.org | Facsimile: 212-533-4598 |
| | Email: wlienhard@urbanjustice.org |
| | Esicilia@urbanjustice.org |
| | Jparish@urbanjustice.org |

| | |
|---|---|
| Of Counsel Cont'd | CHRISTOPHER DOUGLAS (SBN 239556) |
| MARILYN HOLLE (SBN 61530) | M. STACEY HAWVER (SBN 146012) |
| DISABILITY RIGHTS CALIFORNIA | LEGAL AID SOCIETY |
| 3580 Wilshire Blvd., Suite 902 | 521 East 5th Ave., |
| Los Angeles, CA 90010-2522 | San Mateo, CA 94402 |
| Telephone: 213-427-8747 | Telephone: 650-558-0915 |
| Facsimile: 213-427-8767 | Facsimile: 650-558-0673 |
| Email: marilyn.holle@disabilityrightsca.org | Email: cdouglas@legalaidsmc.org |
| Attorneys for Plaintiffs | Mshawver@legalaidsmc.org |

JOSEPH P. RUSSONIELLO (CSBN 118321)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
ANDREW Y.S. CHENG (CSBN 14613)
Assistant United States Attorney
MICHAEL T. PYLE (CSBN 172954)
Assistant United States Attorney
VICTORIA R. CARRADERO (CSBN 217885)
Assistant United States Attorney
450 Golden Gate Avenue, 9th Floor
San Francisco, CA 94102-3495
Telephone: (415) 436-7181
Facsimile: (415) 436-6748
Email: victoria.carradero@usdoj.gov

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSA MARTINEZ, JIMMY HOWARD, ROBERTA DOBBS, BRENT A. RODERICK, SHARON D. ROZIER, and JOSEPH SUTRYNOWICZ, on behalf of themselves and all others similarly situated,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>MICHAEL J. ASTRUE, Commissioner of Social Security,<br><br>　　　　Defendant.<br>_____ | No. CV-08-4735-CW<br><br>**AMENDED STIPULATION AND [PROPOSED] ORDER REGARDING SEALING OF DOCUMENTS** |

Plaintiffs Rosa Martinez, Jimmy Howard, Roberta Dobbs, Brent A. Roderick, Sharon D. Rozier and Joseph Sutrynowicz (collectively "Plaintiffs"), and Defendant Michael J. Astrue, Commissioner, Social Security Administration ("Defendant"), by and through their undersigned counsel, hereby stipulate as follows:

WHEREAS, remote electronic access to the record in this matter was limited;

WHEREAS, Plaintiffs requested that the file be made accessible to the public;

WHEREAS, Defendant opposed remote electronic access, contending that access in this case was governed by Federal Rule of Civil Procedure 5.2(c);

WHEREAS, Plaintiffs contended that Rule 5.2(c) was not relevant to this case;

WHEREAS, on August 11, 2009, the Court preliminarily approved a nationwide class action settlement in this matter and recommended that the parties try to stipulate what portions of the docket should remain sealed, such that the remainder could be accessible to the public;

WHEREAS, five of the six named Plaintiffs have submitted waivers stating that they understand information about them, including medical information, has been filed and will become publicly available and further stating that they each waive any privacy protections afforded them for purposes of this lawsuit;

WHEREAS, the remaining named Plaintiff, Jimmy Howard, has not submitted such a waiver because his counsel has not been able to locate him. In light of the sensitive nature of the facts of Mr. Howard's case, including that some of the relevant events occurred while Mr. Howard was a minor, the parties stipulate that the following documents will be partially or completely redacted as they appear in the publicly available record:

(1) Docket #63, # 93, Declaration of Deena Wilson, paragraph 18 (attached to the Carradero Declaration as **Exhibit A**)

(2) Docket # 63, # 93, Declaration of Deena Wilson, Exhibit D (attached to the Carradero Declaration as **Exhibit B**)

(3) Docket #67, Declaration of Michael Hanson, paragraphs 24-37 (attached to the Carradero Declaration as **Exhibit C**)

(4) Docket #73-74, Declaration of Michael Hanson, Exhibits 19-35 (attached to the Carradero Declaration as **Exhibits D and E respectively**)

3

1  (5) Docket #94, Declaration of Vivian Yao, paragraph 6.(attached to the Carradero Declaration as **Exhibit F**)

In addition, the parties further stipulate that the identification number of another named Plaintiff inadvertently contained in Docket #73, Declaration of Michael Hanson, Exhibit 17 will also be redacted. (attached to the Carradero Declaration as **Exhibit D**)

True and correct redacted copies of the aforementioned documents are attached to the Carradero Declaration.

**IT IS SO STIPULATED**

Dated: September 24, 2009

JOSEPH P. RUSSONIELLO  
United States Attorney  
ANDREW Y.S. CHENG  
MICHAEL T. PYLE  
VICTORIA R. CARRADERO  
Assistant United States Attorney

By: _____/s/_____  
VICTORIA R. CARRADERO  
Assistant United States Attorney

Attorneys for Defendant

Dated: September 24, 2009          By: _____/s/_____  
GERALD A. McINTYRE  
Lead Attorney for Plaintiffs

**PURSUANT TO STIPULATION IT IS SO ORDERED.**

The Court clerk is hereby directed to remove and replace the above docket entries with the attachments to the Carradero Declaration filed with the above stipulation. Upon removal of the aforementioned items from the docket and replacement with the redacted versions attached to the Carradero Declaration, the docket may be unlocked.

DATED: September 24, 2009

_____  
The Honorable  
United States

*IT IS SO ORDERED*  
*Judge Claudia Wilken*

4