1 | DAVID H. FRY (SBN 189276)
MARL CONRAD (SBN 255667)   GERALD A. McINTYRE (SBN 181746)
2 | MUNGER, TOLLES & OLSEN LLP   NATIONAL SENIOR CITIZENS LAW CENTER
560 Mission Street, 27th Floor   3435 Wilshire Blvd., Suite 2860
3 | San Francisco, CA 94105-2907   Los Angeles, CA 90010-1938
Telephone: 415-512-4000   Telephone: 213-674-2900
4 | Facsimile: 415-512-4077   Facsimile: 213-639-0934
Email: David.Fry@mto.com   Email: gmcintyre@nsclc.org
5 |
ANNA RICH (SBN 230195)
6 | KEVIN PRINDIVILLE (SBN 235835)   Of Counsel
NATIONAL SENIOR CITIZENS LAW CENTER   EMILIA SICILIA
7 | 1330 Broadway, Suite 525   JENNIFER PARISH
Oakland, CA 94612   URBAN JUSTICE CENTER
8 | Telephone: 510-663-1055   123 William Street, 16th Fl.
Facsimile: 510-663-1051   New York, NY 10038
9 | Email: arich@nclc.org   Telephone: 646-602-5668
kprindiville@nclc.org   Facsimile: 212-533-4598
10 |   Email: wlienhard@urbanjustice.org
Esicilia@urbanjustice.org
11 |   Jparish@urbanjustice.org

12 | Of Counsel Cont'd
MARILYN HOLLE (SBN 61530)   CHRISTOPHER DOUGLAS (SBN 239556)
13 | DISABILITY RIGHTS CALIFORNIA   LEGAL AID SOCIETY
3580 Wilshire Blvd., Suite 902   521 East 5th Ave.,
14 | Los Angeles, CA 90010-2522   San Mateo, CA 94402
Telephone: 213-427-8747   Telephone: 650-558-0915
15 | Facsimile: 213-427-8767   Facsimile: 650-558-0673
Email: marilyn.holle@disabilityrightsca.org Email: cdouglas@legalaidsmc.org
16 | Attorneys for Plaintiffs   Mshawver@legalaidsmc.org

17 | JOSEPH P. RUSSONIELLO (CSBN 118321)
United States Attorney
18 | JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
19 | MICHAEL T. PYLE (CSBN 172954)
Assistant United States Attorney
20 | VICTORIA R. CARRADERO (CSBN 217885)
Assistant United States Attorney
21 | 450 Golden Gate Avenue, 9th Floor
San Francisco, CA 94102-3495
22 | Telephone: (415) 436-7181
Facsimile: (415) 436-6748
23 | Email: victoria.carradero@usdoj.gov

24 | Attorneys for Defendant

25 |

26 |

27 |

28 |

STIPULATION AND [PROPOSED] ORDER RE CONFIDENTIAL INFORMATION
Case No. CV-08-4735-CW                                                          1

1          IN THE UNITED STATES DISTRICT COURT

2          FOR THE NORTHERN DISTRICT OF CALIFORNIA

3

4   ROSA MARTINEZ, JIMMY HOWARD,          )          No. CV-08-4735-CW
    ROBERTA DOBBS, BRENT A.               )
    RODERICK, SHARON D. ROZIER, and       )
5   JOSEPH SUTRYNOWICZ, on behalf of      )          **STIPULATION AND**
    themselves and all others similarly situated, )   **ORDER RE**
6                                         )          **CONFIDENTIAL**
                                          )          **INFORMATION**
7              Plaintiffs,                )
                                          )
8              v.                         )
                                          )
9   MICHAEL J. ASTRUE,                    )
     Commissioner of Social Security,     )
10                                        )
                                          )
11             Defendant.                 )
                                          )
12  _____  )

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1    Plaintiffs Rosa Martinez, Jimmy Howard, Roberta Dobbs, Brent A. Roderick, Sharon D. Rozier

2   and Joseph Sutrynowicz (collectively "Plaintiffs"), and Defendant Michael J. Astrue, Commissioner,

3   Social Security Administration ("Defendant"), by and through their undersigned counsel, hereby

4   stipulate as follows:

5                                          **STIPULATED ORDER**

6            The parties agree that entry of the following protective order is necessary in order for the parties

7   to exchange and discuss information that the Social Security Administration ("SSA") considers to be

8   confidential and proprietary technical information pertaining to SSA's internal systems.  The parties

9   therefore request that the Court enter the following protective order pursuant to Federal Rule of Civil

10  Procedure 26(c).

11           All documents (including but not limited to, email communications) exchanged between the

12  parties that discuss technical system matters (including, but not limited to, agency systems coding/

13  programming information) and designated as such, shall be subject to the following restrictions:

14           1.  All information shall be used only for the purpose of this litigation and not for any other

15  purpose;

16           2.  Plaintiffs' counsel shall not disclose the information at any time (verbally or otherwise),

17  including to the Plaintiffs or to the public.  Access to the information is permitted only to the Plaintiffs'

18  attorneys exclusively for the purpose of reviewing draft documents under the Martinez Stipulation of

19  Settlement, and not to the Plaintiffs themselves or any other person(s).  There shall be no reproduction

20  of the information by Plaintiffs' counsel (electronically or otherwise, this includes scanning or emailing)

21  except for reproduction for purposes of review by Plaintiffs' counsel.  To the extent these matters need

22  to be raised with the Court, the information shall be submitted to the Court for in camera review only,

23  and shall not be filed with the Court or become part of the court record or public record.  The Court shall

24  return the information to SSA upon resolution of the specific issue for which the information was

25  submitted for in camera review.

26           3.  Within three (3) business days of the conclusion of the time period allotted for Plaintiffs'

27  counsel to review and comment upon information pursuant to the terms of the Martinez Stipulation of

28  Settlement, Plaintiffs' counsel shall make good faith efforts (e.g., double deleting) to delete all

STIPULATION AND [PROPOSED] ORDER RE CONFIDENTIAL INFORMATION
Case No. CV-08-4735-CW                                                                                          3

1   electronic versions of the information (including, but not limited to, emails and pdfs).  Within the same

2   three (3) business day time frame, Plaintiffs' counsel will also return any hard copies to Defendant's

3   counsel or verify in writing that the documents have been deleted or shredded.  In the event that SSA

4   submits additional similar technical information to Plaintiffs' counsel for review that is substantively

5   related to a prior set of draft technical agency system/coding instructions previously submitted to

6   Plaintiffs' counsel that Plaintiffs' counsel has since deleted or returned to SSA pursuant to this

7   paragraph, SSA will provide the prior draft(s) back to Plaintiffs' counsel if requested to do so in writing

8   and if Plaintiffs' counsel provides reasoning/justification for the request.  The parties shall meet and

9   confer in good faith to resolve any disputes regarding the reasoning/justification for such requests.

10          4.  This Stipulation and Protective Order is without prejudice to the right of any party to seek

11   modification of it from the Court.  It shall remain in effect until such time as it is modified, amended or

12   rescinded by the Court.  Though this litigation has resolved, this Stipulation and Protective Order shall

13   survive this action.  The Court shall have continuing jurisdiction to modify, amend, or rescind this

14   Stipulation and Protective Order notwithstanding resolution and settlement of this action.

15

16          **IT IS SO STIPULATED**

                                          Respectfully Submitted,

17   Dated: March 23, 2010                 JOSEPH P. RUSSONIELLO

18                                          United States Attorney

19                                   By:   _____/s/_____

20                                          VICTORIA R. CARRADERO
                                          Assistant United States Attorney

21
                                          Attorneys for Defendant
22

23   Dated: March 23, 2010          By:   _____/s/_____

24                                          GERALD McINTYRE
                                          Lead Attorney for Plaintiffs

25

26   **PURSUANT TO STIPULATION IT IS SO ORDERED.**

27   DATED: March 25, 2010          _Claudia Wilken_____

                                          The Honorable Claudia Wilken
28                                          United States District Court Judge

STIPULATION AND [PROPOSED] ORDER RE CONFIDENTIAL INFORMATION
Case No. CV-08-4735-CW                                                      4