1  DAVID H. FRY (SBN 189276)
   David.Fry@mto.com
2  MARK R. CONRAD (SBN 255667)
   Mark.Conrad@mto.com
3  MUNGER, TOLLES & OLSON LLP
   560 Mission Street, 27th Floor
4  Twenty-Seventh Floor
   San Francisco, CA  94105-2907
5  T: (415) 512-4000 / F: (415) 512-4077

6  GERALD A. McINTYRE (SBN 181746)
   gmcintyre@nsclc.org
7  NATIONAL SENIOR CITIZENS LAW CENTER
   3435 Wilshire Blvd., Suite 2860
8  Los Angeles, CA  90010-1938
   T: (213) 674-2900 / F: (213) 639-0934
9
   ANNA RICH (SBN 230195)
10 arich@nsclc.org
   KEVIN PRINDIVILLE (SBN 235835)
11 kprindiville@nsclc.org
   NATIONAL SENIOR CITIZENS LAW CENTER
12 1330 Broadway, Suite 525
   Oakland, CA  94612
13 T: (510) 663-1055 / F: (510) 663-1051

14 Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ROSA MARTINEZ, JIMMY HOWARD, ROBERTA DOBBS, BRENT RODERICK, SHARON ROZIER, and JOSEPH SUTRYNOWICZ, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>MICHAEL J. ASTRUE, Commissioner of Social Security, in his official capacity,<br><br>Defendant. | CASE NO.  08-CV-4735 CW<br><br>**[PROPOSED] ORDER GRANTING MOTION FOR ADMINISTRATIVE RELIEF REGARDING FILINGS BY MARY CHARLES ROBINSON** |

1   WHEREAS, on January 30, 2012, Mary Charles Robinson filed a Notice and Motion for
2   an Emergency Injunction To Stay Hearing Pursuant to the Non-Compliance Per Martinez
3   Settlement Agreement (Dkt. No. 205) and an Ex Parte Notice of Motion for Sanctions Refusal To
4   Comply with a Court Order Per Martinez Settlement (Dkt. No. 206);

5   WHEREAS, on February 13, 2012, Defendant filed its opposition to the two motions filed
6   by Ms. Robinson;

7   WHEREAS, counsel for the plaintiff class in this action has sought leave to file a brief,
8   not to exceed ten (10) pages, with respect to matters raised in the two motions filed by Ms.
9   Robinson;

10  WHEREAS, neither Defendant nor Ms. Robinson opposes the motion for administrative
11  relief filed by class counsel seeking leave to file a brief;

12  WHEREAS, the Court finds that the perspective of class counsel would be beneficial to
13  the Court's review of Ms. Robinson's pending motions;

14  NOW, THEREFORE, IT IS HEREBY ORDERED that class counsel shall file a brief, not
15  to exceed ten (10) pages, on or before Friday, March 9, 2012, regarding any matters relating to
16  Ms. Robinson's claim to relief under the Stipulation of Settlement in this action. The Court shall
17  defer ruling on the motions filed by Ms. Robinson until after submission of class counsel's brief.

18  IT IS SO ORDERED.

19  DATED: 2/27/2012

_[signature]_
The Honorable Claudia A. Wilken
United States District Court Judge

Submitted by:

DATED: February 21, 2012

MUNGER, TOLLES & OLSON LLP
DAVID H. FRY
MARK R. CONRAD

By: _/s/ Mark R. Conrad_
MARK R. CONRAD

16584607.1 — - 1 - — [PROPOSED] ORDER GRANTING MOT. FOR ADMIN RELIEF; CASE NO. 08-CV-4735 CW