IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSA MARTINEZ; JIMMY HOWARD; ROBERTA DOBBS; BRENT RODERICK; SHARON ROZIER; and JOSEPH SUTRYNOWICZ, on behalf of themselves and all others similarly situated,<br><br>       Plaintiffs,<br><br>    v.<br><br>MICHAEL J. ASTRUE, Commissioner of Social Security, in his official capacity,<br><br>       Defendant.<br>_____/ | No. C 08-4735 CW<br><br>ORDER DIRECTING PARTIES TO MEET AND CONFER AND SETTING FURTHER BRIEFING SCHEDULE FOR MOTIONS FILED BY MARY CHARLES ROBINSON (Docket Nos. 205 and 206) |

Having considered Class Counsel's March 12, 2012 brief regarding certain motions filed by Class Member Mary Charles Robinson, and Class Counsel's exhibits attached thereto, the Court ORDERS as follows:

    1.   Class Counsel and the Social Security Administration (SSA) shall continue to meet and confer in good faith regarding the status of Ms. Robinson's claim and her eligibility for relief under the Stipulation of Settlement in this case.

    2.   No later than on April 23, 2012, Class Counsel shall file a further brief regarding Ms. Robinson's motions.  Defendant shall file a response to Class Counsel's brief within a week thereafter.

3.  If the parties are able to reach a satisfactory resolution of Ms. Robinson's claim prior to April 23, 2012, the parties shall notify the Court promptly.

IT IS SO ORDERED.

Dated: 3/13/2012

CLAUDIA WILKEN
United States District Judge

2