IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSA MARTINEZ; JIMMY HOWARD; ROBERTA DOBBS; BRENT RODERICK; SHARON ROZIER; and JOSEPH SUTRYNOWICZ, on behalf of themselves and all others similarly situated,<br><br>  Plaintiffs,<br><br>  v.<br><br>MICHAEL J. ASTRUE, Commissioner of Social Security, in his official capacity,<br><br>  Defendant.<br>_____/ | No. C 08-4735 CW<br><br>ORDER DENYING MOTIONS FILED BY MARY CHARLES ROBINSON WITHOUT PREJUDICE (Docket Nos. 205 and 206) |

The Court DENIES Class Member Mary Charles Robinson's motions for an injunction and sanctions without prejudice to re-filing by Class Counsel if Class Counsel discover evidence that Ms. Robinson is a Post-2006 Class Member instead of a Pre-2007 Class Member.

IT IS SO ORDERED.

Dated: 4/30/2012

CLAUDIA WILKEN
United States District Judge