IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSA MARTINEZ; JIMMY HOWARD; ROBERTA DOBBS; BRENT RODERICK; SHARON ROZIER; and JOSEPH SUTRYNOWICZ, on behalf of themselves and all others similarly situated,<br><br>　　　Plaintiffs,<br><br>　v.<br><br>MICHAEL J. ASTRUE, Commissioner of Social Security, in his official capacity,<br><br>　　　Defendant. | No. C 08-4735 CW<br><br>ORDER REQUESTING RESPONSE FROM CLASS COUNSEL ADDRESSING MOTION BY CLASS MEMBER MARY CHARLES ROBINSON (Docket No. 225) |

　　　On April 30, 2012, the Court denied Class Member Mary Charles Robinson's motions for an injunction and sanctions without prejudice to re-filing by Class Counsel if Class Counsel discovered evidence that Ms. Robinson is a Post-2006 Class Member instead of a Pre-2007 Class Member.

　　　Ms. Robinson has now filed a motion seeking to reopen in the instant case and for an order requiring Defendant to declare her "a Pre-2006 Class Member," apparently seeking to participate in the settlement reached in the instant case as a Post-2006 Class Member rather than a Pre-2007 Class Member.

　　　Class Counsel previously represented that "additional development of the factual record might entitle Ms. Robinson to additional relief as a Post-2006 Class Member." Docket No. 217, 3. The Court also notes that, according to Ms. Robinson's

submission, administrative proceedings that were pending at the time have since been resolved.

Accordingly, the Court requests that, within two weeks of the date of this Order, Class Counsel provide a response to Ms. Robinson's recent motion and include in that response a recommendation and an update of events following Class Counsel's April 23, 2012 filing, including the later administrative proceedings and any additional factual development that might qualify Ms. Robinson for additional relief under the settlement. If necessary, the Court will set a schedule for further briefing thereafter.

IT IS SO ORDERED.

Dated: 1/25/2013

CLAUDIA WILKEN
United States District Judge

2