1

2

3

4                    IN THE UNITED STATES DISTRICT COURT

5                   FOR THE NORTHERN DISTRICT OF CALIFORNIA

6

7   ROSA MARTINEZ; JIMMY HOWARD; ROBERTA          No. C 08-4735 CW
    DOBBS; BRENT RODERICK; SHARON ROZIER;
8   and JOSEPH SUTRYNOWICZ, on behalf of         ORDER FINDING CASES
    themselves and all other similarly          RELATED
9   situated,

10          Plaintiffs,

11      v.

12  MICHAEL J. ASTRUE, Commissioner of
    Social Security, in his official
13  capacity,

14          Defendant.

15  _____/

16  MARY CHARLES ROBINSON,
                                                 No. C 12-5668 JSW
17          Plaintiff,

18      v.

19  MICHAEL ASTRUE, Commissioner of
    Social Security,
20
            Defendant.
21  _____/

22       In her recent filings in Martinez v. Astrue, Case No. 08-4735,

23  Mary Charles Robinson represented that she had filed a separate

24  case in this district, Robinson v. Astrue, Case No. 12-5668, which

25  she asserted was related to Martinez.  As the judge assigned to the

26  earliest filed case listed above, the Court finds that these cases

27

28

**United States District Court**
For the Northern District of California

1    are related within the meaning of Civil Local Rule 3-12(a) and

2    orders that Robinson shall be reassigned to this Court.

3         All future filings in any reassigned case are to bear the

4    initials of the newly assigned judge immediately after the case

5    number.

6         IT IS SO ORDERED:

7

8    Dated:    4/18/2013

9                                      CLAUDIA WILKEN
                                       United States District Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California

2