IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSA MARTINEZ and JIMMY HOWARD, on behalf of themselves and all others similarly situated,<br><br>    Plaintiff,<br><br>  v.<br><br>MICHAEL J. ASTRUE, Commissioner of Social Security, in his official capacity,<br><br>    Defendants.<br>_____/ | No. C 08-4732 CW<br><br>ORDER REMOVING DOCUMENT NUMBER 235 FROM THE DOCKET |

    Document Number 235 was improperly filed.  The Court directs the clerk to remove it from the docket.

    IT IS SO ORDERED.

Dated: 3/18/2014

                                  CLAUDIA WILKEN
                                  United States District Judge