IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ROSA MARTINEZ and JIMMY HOWARD, on behalf of themselves and all others similarly situated,

   Plaintiff,

 v.

MICHAEL J. ASTRUE, Commissioner of Social Security, in his official capacity,

   Defendants.
_____/

No. C 08-4735 CW

ORDER REMOVING DOCUMENT NUMBER 235 FROM THE DOCKET

  Document Number 235 was improperly filed.  The Court directs the clerk to remove it from the docket.

  IT IS SO ORDERED.

Dated: 3/18/2014

          CLAUDIA WILKEN
          United States District Judge